**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUSTIN HALLIM MOHAMED,

  Plaintiff,

v.

CASE NO.: 1:25-cv-03362-MLB-JKL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CAPITAL ONE, N.A., DISCOVER BANK, INC., FIRST PREMIER BANK, GOLDMAN SACHS BANK USA, and LVNV FUNDING LLC,

  Defendants.
_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff makes the following disclosure(s)

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

1

**N/A**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

**Justin Hallim Mohamed**, Plaintiff

**Octavio Gomez**, Plaintiff's attorney

**The Consumer Lawyers, PLLC**, Plaintiff's attorney's law firm

**Equifax Information Services LLC**, Defendant

**Experian Information Solutions, Inc.,** Defendant

**Trans Union LLC**, Defendant

**Capital One, N.A.**, Defendant

**Discovery Bank, Inc.**, Defendant

**First Premier Bank,** Defendant

**Goldman Sachs Bank USA,** Defendant

**LVNV Funding LLC,** Defendant

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Octavio Gomez**, Plaintiff's attorney.

**Equifax Information Services LLC**, Unknown at this time.

**Experian Information Solutions, Inc.,** Unknown at this time.

**Trans Union LLC**, Unknown at this time.

**Capital One, N.A.**, Unknown at this time.

**Discovery Bank, Inc.**, Unknown at this time.

**First Premier Bank,** Unknown at this time.

**Goldman Sachs Bank USA,** Unknown at this time.

**LVNV Funding LLC,** Unknown at this time.

4.   [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

   **Unknown**

Dated this 19th of June, 2025.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 19th day of June 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio "Tav" Gomez
Octavio "Tav" Gomez, Esq.
Georgia Bar #: 617963
The Consumer Lawyers
*Attorney for Plaintiff*