## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN HALLIM MOHAMED,

      Plaintiff,

v.                         Case No. 1:25-cv-03362-MLB-JKL

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC; CAPITAL ONE, N.A., DISCOVER
BANK, INC., FIRST PREMIER BANK,
GOLDMAN SACHS BANK USA, and
LVNV FUNDING LLC,

      Defendants.

## DEFENDANT TRANS UNION LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files its Answer and Defenses to the Complaint ("Complaint") filed by Justin Hallim Mohamed ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

## PRELIMINARY STATEMENT

1.     Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

2.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3.      Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq and states that the provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the remaining allegations contained in paragraph 3 of the Complaint.

4.      The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the remaining allegations contained in paragraph 4 of the Complaint.

5.      Trans Union states that the cited Consumer Financial Protection Bureau article speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of it, Trans Union denies the allegations as stated in paragraph 5 of the Complaint.

## JURISDCITION AND VENUE

6.      Trans Union admits that jurisdiction is proper in this Court. Trans Union denies the remaining allegations contained in paragraph 6 of the Complaint.

2

7.    Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8.    Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9.    Trans Union admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

11.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

8085628.1

12.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

14.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16.     Trans Union admits that it is a limited liability company with its principal place of business located in Chicago, Illinois. Trans Union also admits that it is authorized to do business in the State of Georgia. Trans Union denies the remaining allegations contained in paragraph 16 of the Complaint.

17.     Trans Union admits that it is a "consumer reporting agency" as defined by applicable law. Trans Union also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. Trans

Union denies the remaining allegations contained in paragraph 17 of the Complaint.

18.     Trans Union admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. Trans Union denies the remaining allegations contained in paragraph 18 of the Complaint.

19.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

23.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

24.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies same.

26.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies same.

29.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

8085628.1

30.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

## **FACTUAL ALLEGATIONS**

34.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

8085628.1

36.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

37.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and, therefore, denies same.

38.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and, therefore, denies same.

40.    Trans Union states that the cited statutory language speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of it, Trans Union denies the allegations as stated in paragraph 40 of the Complaint.

41.    Trans Union denies the allegations contained in paragraph 54 of the Complaint as they relate to Trans Union. Trans Union without knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 41 of the Complaint and, therefore, denies same.

8085628.1

42.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and, therefore, denies same.

43.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore, denies same.

45.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore, denies same.

46.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore, denies same.

47.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and, therefore, denies same.

48.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, therefore, denies same.

49.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50.     Trans Union states that the cited statutory language speaks for itself. To the extent that Plaintiff misquotes or mischaracterizes the language of it, Trans Union denies the allegations as stated in paragraph 50 of the Complaint.

51.     Trans Union denies the allegations contained in paragraph 51 of the Complaint as they relate to Trans Union.  Trans Union without knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 51 of the Complaint and, therefore, denies same.

52.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies same.

53.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies same.

8085628.1

54.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies same.

55.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies same.

56.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and, therefore, denies same.

57.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and, therefore, denies same.

58.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies same.

59.    Trans Union denies the allegations contained in paragraph 59 as they apply to Trans Union.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 59 of the Complaint and, therefore, denies same.

60.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, therefore, denies same.

61.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies same.

62.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and, therefore, denies same

63.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and, therefore, denies same.

64.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and, therefore, denies same.

65.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and, therefore, denies same.

8085628.1

66.     Trans Union denies the allegations as stated in paragraph 66 of the Complaint.

67.     Trans Union denies the allegations contained in paragraph 67 of the Complaint.

68.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and, therefore, denies same.

69.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and, therefore, denies same.

70.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and, therefore, denies same.

71.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and, therefore, denies same.

72.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and, therefore, denies same.

8085628.1

73.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and, therefore, denies same.

74.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies same.

75.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and, therefore, denies same.

76.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and, therefore, denies same.

77.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and, therefore, denies same.

78.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and, therefore, denies same.

8085628.1

79.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and, therefore, denies same.

80.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and, therefore, denies same.

81.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and, therefore, denies same.

82.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies same.

83.    Trans Union denies the allegations as stated in paragraph 83 of the Complaint.

84.    Trans Union denies the allegations contained in paragraph 84 of the Complaint.

85.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and, therefore, denies same.

8085628.1

86.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and, therefore, denies same.

87.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and, therefore, denies same.

88.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore, denies same.

89.     Trans Union denies the allegations contained in paragraph 89 of the Complaint as they relate to Trans Union.  Trans Union without knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 89 of the Complaint and, therefore, denies same.

90.     Trans Union denies the allegations contained in paragraph 90 of the Complaint as they relate to Trans Union.  Trans Union without knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 90 of the Complaint and, therefore, denies same.

91.     Trans Union denies the allegations contained in paragraph 91 of the Complaint as they relate to Trans Union. Trans Union without knowledge or

information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 91 of the Complaint and, therefore, denies same.

92.    Trans Union denies the allegations contained in paragraph 92 of the Complaint as they relate to Trans Union. Trans Union without knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 92 of the Complaint and, therefore, denies same.

## CAUSES OF ACTION

## COUNT I

93.    Trans Union restates and incorporates its responses to paragraphs 1 through 92 above as though fully stated herein.

94.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and, therefore, denies same.

95.    Trans Union restates and incorporates its responses to paragraphs 1 through 95 above as though fully stated herein.

96.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies same.

8085628.1

97.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and, therefore, denies same.

98.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and, therefore, denies same.

99.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and, therefore, denies same.

100.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and, therefore, denies same.

101.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and, therefore, denies same.

102.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count I.

## COUNT II

103.   Trans Union restates and incorporates its responses to paragraphs 1 through 102 above as though fully stated herein.

104.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint and, therefore, denies same.

105.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint and, therefore, denies same.

106.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and, therefore, denies same.

107.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and, therefore, denies same.

108.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint

8085628.1

and, therefore, denies same.

109.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and, therefore, denies same.

110.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and, therefore, denies same.

111.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint and, therefore, denies same.

112.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count II.

## COUNT III

113.   Trans Union restates and incorporates its responses to paragraphs 1 through 112 above as though fully stated herein.

114.   Trans Union is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in paragraph 114 of the Complaint and, therefore, denies same.

115.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint and, therefore, denies same.

116.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint and, therefore, denies same.

117.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and, therefore, denies same.

118.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies same

119.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and, therefore, denies same

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count III.

## COUNT IV

120.   Trans Union restates and incorporates its responses to paragraphs 1 through 119 above as though fully stated herein.

121.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint and, therefore, denies same.

122.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint and, therefore, denies same.

123.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and, therefore, denies same.

124.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint and, therefore, denies same.

125.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and, therefore, denies same.

126.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count IV.

## **COUNT V**

127.   Trans Union restates and incorporates its responses to paragraphs 1 through 126 above as though fully stated herein.

128.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint and, therefore, denies same.

129.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint and, therefore, denies same.

130.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint and, therefore, denies same.

131.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint

8085628.1

and, therefore, denies same.

132.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint and, therefore, denies same.

133.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count V.

## COUNT VI

134.   Trans Union restates and incorporates its responses to paragraphs 1 through 133 above as though fully stated herein.

135.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint and, therefore, denies same.

136.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint and, therefore, denies same.

8085628.1

137.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint and, therefore, denies same.

138.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint and, therefore, denies same.

139.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint and, therefore, denies same.

140.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count VI.

## COUNT VII

141.   Trans Union restates and incorporates its responses to paragraphs 1 through 140 above as though fully stated herein.

8085628.1

142.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint and, therefore, denies same.

143.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint and, therefore, denies same.

144.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint and, therefore, denies same.

145.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint and, therefore, denies same.

146.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of the Complaint and, therefore, denies same.

147.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of the Complaint and, therefore, denies same.

8085628.1

148.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint and, therefore, denies same.

149.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint and, therefore, denies same.

150.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count VII.

## **COUNT VIII**

151.   Trans Union restates and incorporates its responses to paragraphs 1 through 150 above as though fully stated herein.

152.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint and, therefore, denies same.

153.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint and, therefore, denies same.

154.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint and, therefore, denies same.

155.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Complaint and, therefore, denies same.

156.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint and, therefore, denies same.

157.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint and, therefore, denies same.

158.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint and, therefore, denies same.

8085628.1

159.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Complaint and, therefore, denies same.

160.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160. of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count VIII.

## COUNT IX

161.   Trans Union restates and incorporates its responses to paragraphs 1 through 160 above as though fully stated herein.

162.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint and, therefore, denies same.

163.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint and, therefore, denies same.

164.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint and, therefore, denies same.

165.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Complaint and, therefore, denies same.

166.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Complaint and, therefore, denies same.

167.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count IX.

## **COUNT X**

168.   Trans Union restates and incorporates its responses to paragraphs 1 through 167 above as though fully stated herein.

169.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint and, therefore, denies same.

170.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint and, therefore, denies same.

171.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint and, therefore, denies same.

172.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint and, therefore, denies same.

173.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint and, therefore, denies same.

174.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Complaint and, therefore, denies same.

8085628.1

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count X.

## COUNT XI

175. Trans Union restates and incorporates its responses to paragraphs 1 through 174 above as though fully stated herein.

176. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint and, therefore, denies same.

177. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Complaint and, therefore, denies same.

178. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the Complaint and, therefore, denies same.

179. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 of the Complaint and, therefore, denies same.

8085628.1

180.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the Complaint and, therefore, denies same.

181.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XI.

## COUNT XII

182.    Trans Union restates and incorporates its responses to paragraphs 1 through 181 above as though fully stated herein.

183.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Complaint and, therefore, denies same.

184.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Complaint and, therefore, denies same.

8085628.1

185.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint and, therefore, denies same.

186.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 of the Complaint and, therefore, denies same.

187.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the Complaint and, therefore, denies same.

188.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XII.

## COUNT XIII

189.    Trans Union restates and incorporates its responses to paragraphs 1 through 188 above as though fully stated herein.

190.    Trans Union denies the allegations contained in paragraph 190 of the Complaint.

191.   Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint and, therefore, denies same.

192.   Trans Union denies the allegations contained in paragraph 192 of the Complaint.

193.   Trans Union denies the allegations contained in paragraph 193 of the Complaint.

194.   Trans Union denies the allegations contained in paragraph 194 of the Complaint.

195.   Trans Union denies the allegations contained in paragraph 195 of the Complaint.

196.   Trans Union denies the allegations contained in paragraph 196 of the Complaint.

197.   Trans Union denies the allegations contained in paragraph 197 of the Complaint.

198.   Trans Union denies the allegations contained in paragraph 198 of the Complaint.

8085628.1

Trans Union denies the allegations contained in the last paragraph of Count XIII.

## **COUNT XIV**

199.   Trans Union restates and incorporates its responses to paragraphs 1 through 198 above as though fully stated herein.

200.   Trans Union denies the allegations contained in paragraph 200 of the Complaint.

201.   Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint and, therefore, denies same.

202.   Trans Union denies the allegations contained in paragraph 202 of the Complaint.

203.   Trans Union denies the allegations contained in paragraph 203 of the Complaint.

204.   Trans Union denies the allegations contained in paragraph 204 of the Complaint.

205.   Trans Union denies the allegations contained in paragraph 205 of the Complaint.

8085628.1

206.   Trans Union denies the allegations contained in paragraph 206 of the Complaint.

207.   Trans Union denies the allegations contained in paragraph 207 of the Complaint.

208.   Trans Union denies the allegations contained in paragraph 208 of the Complaint.

Trans Union denies the allegations contained in the last paragraph of Count XIV.

## **COUNT XV**

209.   Trans Union restates and incorporates its responses to paragraphs 1 through 208 above as though fully stated herein.

210.   Trans Union denies the allegations contained in paragraph 210 of the Complaint.

211.   Trans Union denies the allegations contained in paragraph 211 of the Complaint.

212.   Trans Union denies the allegations contained in paragraph 212 of the Complaint.

213.   Trans Union denies the allegations contained in paragraph 213 of the Complaint.

8085628.1

214.    Trans Union denies the allegations contained in paragraph 214 of the Complaint.

215.    Trans Union denies the allegations contained in paragraph 215 of the Complaint.

Trans Union denies the allegations contained in the last paragraph of Count XV.

## **COUNT XVI**

216.    Trans Union restates and incorporates its responses to paragraphs 1 through 215 above as though fully stated herein.

217.    Trans Union denies the allegations contained in paragraph 217 of the Complaint.

218.    Trans Union denies the allegations contained in paragraph 218 of the Complaint.

219.    Trans Union denies the allegations contained in paragraph 219 of the Complaint.

220.    Trans Union denies the allegations contained in paragraph 220 of the Complaint.

221.    Trans Union denies the allegations contained in paragraph 221 of the Complaint.

222.   Trans Union denies the allegations contained in paragraph 222 of the Complaint.

Trans Union denies the allegations contained in the last paragraph of Count XVI.

## COUNT XVII

223.   Trans Union restates and incorporates its responses to paragraphs 1 through 222 above as though fully stated herein.

224.   Trans Union denies the allegations contained in paragraph 224 of the Complaint.

225.   Trans Union denies the allegations contained in paragraph 225 of the Complaint.

226.   Trans Union denies the allegations contained in paragraph 226 of the Complaint.

227.   Trans Union denies the allegations contained in paragraph 227 of the Complaint.

228.   Trans Union denies the allegations contained in paragraph 228 of the Complaint.

229.   Trans Union denies the allegations contained in paragraph 229 of the Complaint.

Trans Union denies the allegations contained in the last paragraph of Count XVII.

## **COUNT XVIII**

230.  Trans Union restates and incorporates its responses to paragraphs 1 through 229 above as though fully stated herein.

231.  Trans Union denies the allegations contained in paragraph 231 of the Complaint.

232.  Trans Union denies the allegations contained in paragraph 232 of the Complaint.

233.  Trans Union denies the allegations contained in paragraph 233 of the Complaint.

234.  Trans Union denies the allegations contained in paragraph 234 of the Complaint.

235.  Trans Union denies the allegations contained in paragraph 235 of the Complaint.

236.  Trans Union denies the allegations contained in paragraph 236 of the Complaint.

Trans Union denies the allegations contained in the last paragraph of Count XVIII.

8085628.1

## COUNT XIX

237.  Trans Union restates and incorporates its responses to paragraphs 1 through 236 above as though fully stated herein.

238.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the Complaint and, therefore, denies same.

239.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 239 of the Complaint and, therefore, denies same.

240.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 240 of the Complaint and, therefore, denies same.

241.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 241 of the Complaint and, therefore, denies same.

242.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 242 of the Complaint and, therefore, denies same.

243. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 243 of the Complaint and, therefore, denies same.

244. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 244 of the Complaint and, therefore, denies same.

245. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 245 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XIX.

## **COUNT XX**

246. Trans Union restates and incorporates its responses to paragraphs 1 through 245 above as though fully stated herein.

247. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 247 of the Complaint and, therefore, denies same.

8085628.1

248.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 248 of the Complaint and, therefore, denies same.

249.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 249 of the Complaint and, therefore, denies same.

250.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 250 of the Complaint and, therefore, denies same.

251.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 251 of the Complaint and, therefore, denies same.

252.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 252 of the Complaint and, therefore, denies same.

253.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 253 of the Complaint and, therefore, denies same.

8085628.1

254.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 254 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XX.

## **COUNT XIX**

255.   Trans Union restates and incorporates its responses to paragraphs 1 through 254 above as though fully stated herein.

256.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 256 of the Complaint and, therefore, denies same.

257.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 257 of the Complaint and, therefore, denies same.

258.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 258 of the Complaint and, therefore, denies same.

8085628.1

259.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 259 of the Complaint and, therefore, denies same.

260.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 260 of the Complaint and, therefore, denies same.

261.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 261 of the Complaint and, therefore, denies same.

262.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 262 of the Complaint and, therefore, denies same.

263.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 263 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXI.

## COUNT XXII

264.    Trans Union restates and incorporates its responses to paragraphs 1 through 263 above as though fully stated herein.

265.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 265 of the Complaint and, therefore, denies same.

266.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 266 of the Complaint and, therefore, denies same.

267.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 267 of the Complaint and, therefore, denies same.

268.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 268 of the Complaint and, therefore, denies same.

269.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 269 of the Complaint and, therefore, denies same.

270.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 270 of the Complaint and, therefore, denies same.

271.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 271 of the Complaint and, therefore, denies same.

272.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 272 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXII.

## **COUNT XIX**

273.   Trans Union restates and incorporates its responses to paragraphs 1 through 272 above as though fully stated herein.

274.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 274 of the Complaint and, therefore, denies same.

275.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 275 of the Complaint and, therefore, denies same.

276.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 276 of the Complaint and, therefore, denies same.

277.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 277 of the Complaint and, therefore, denies same.

278.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 278 of the Complaint and, therefore, denies same.

279.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 279 of the Complaint and, therefore, denies same.

280.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 280 of the Complaint and, therefore, denies same.

8085628.1

281.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 281 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXIII.

## COUNT XXIV

282.   Trans Union restates and incorporates its responses to paragraphs 1 through 281 above as though fully stated herein.

283.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 283 of the Complaint and, therefore, denies same.

284.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 284 of the Complaint and, therefore, denies same.

285.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 285 of the Complaint and, therefore, denies same.

8085628.1

286.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 286 of the Complaint and, therefore, denies same.

287.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 287 of the Complaint and, therefore, denies same.

288.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 288 of the Complaint and, therefore, denies same.

289.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 289 of the Complaint and, therefore, denies same.

290.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 290 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXIV.

## COUNT XXVII

309.   Trans Union restates and incorporates its responses to paragraphs 1 through 308 above as though fully stated herein.

310.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 310 of the Complaint and, therefore, denies same.

311.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 311 of the Complaint and, therefore, denies same.

312.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 312 of the Complaint and, therefore, denies same.

313.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 313 of the Complaint and, therefore, denies same.

314.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 314 of the Complaint and, therefore, denies same.

315.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 315 of the Complaint and, therefore, denies same.

316.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 316 of the Complaint and, therefore, denies same.

317.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 317 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXVII.

## **COUNT XXVIII**

318.   Trans Union restates and incorporates its responses to paragraphs 1 through 317 above as though fully stated herein.

319.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 319 of the Complaint and, therefore, denies same.

8085628.1

320.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 320 of the Complaint and, therefore, denies same.

321.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 321 of the Complaint and, therefore, denies same.

322.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 322 of the Complaint and, therefore, denies same.

323.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 323 of the Complaint and, therefore, denies same.

324.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 324 of the Complaint and, therefore, denies same.

325.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 325 of the Complaint and, therefore, denies same.

326.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 326 of the Complaint and, therefore, denies same.

Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the last paragraph of Count XXVIII.

## JURY DEMAND

Trans Union admits that Plaintiff demands a jury trial. Trans Union denies the remaining allegations contained in this paragraph.

## PRAYER FOR RELIEF

Trans Union denies the allegations contained in the Prayer for Relief paragraph of the Complaint.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

327.   At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

328.   Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

329.   Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

330.   Trans Union at all times acted in compliance with the FCRA.

331.   Plaintiff failed to mitigate his alleged damages.

332.   Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Georgia.

333.   To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

334.   Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

335.   Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

336.   Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

8085628.1

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Paul W. Sheldon*

Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## <u>LOCAL RULE 5.1 CERTIFICATION</u>

I hereby certify DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

57

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of August 2025, the foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

8085628.1